EJD:AMR/JRS
F. #2023R00084

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 2 5 2025 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JORDAN ALSTON,
    also known as "Skiito,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N D I C T M E N T

Cr. No. 23-CR-510 (S-1) (DC)
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(8),
924(d)(1), 1791(a)(2), 1791(b)(3) and
3551 et seq.; T. 21, U.S.C., § 853(p);
T. 28, U.S.C., § 2461(c))

THE GRAND JURY CHARGES:

COUNT ONE
(Felon in Possession of Ammunition)

1.    On or about November 16, 2023, within the Eastern District of New York, the defendant JORDAN ALSTON, also known as "Skiito," knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce ammunition, to wit: one .380 caliber Hornady cartridge.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 3551 et seq.)

COUNT TWO
(Possessing Contraband in Prison)

2.    On or about May 31, 2025, within the Eastern District of New York, the defendant JORDAN ALSTON, also known as "Skiito," while an inmate of a prison, to wit: the

Metropolitan Detention Center in Brooklyn, New York, did knowingly and intentionally possess a prohibited object, to wit: one or more objects intended to be used as a weapon.

(Title 18, United States Code, Sections 1791(a)(2), 1791(b)(3), 1791(d)(1)(B) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT ONE

3. The United States hereby gives notice to the defendant JORDAN ALSTON that, upon his conviction of the offense charged in Count One, the United States will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not limited to one .380 caliber Hornady cartridge, which was seized from a residence in Brooklyn, New York on or about November 16, 2023.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

/s/

FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK